456 A.2d 1100

Commonwealth v. Taylor, Appellant.

Submitted January 5, 1982. John A. Goldstan, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and SPAETH and CAVANAUGH, JJ.

The judgment of sentence of the lower court is affirmed.

456 A.2d 1100

Fox, Appellant v. Moore Business, et al.

Argued February 9, 1982. James R. Fitzgerald, for appellant; James F. Manley, for Moore, appellee; Jean M. Simmonds, for Papercraft, appellee.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Judgment affirmed.

POPOVICH, J., concurred in the result.